# MAHER & PITTELL, LLP
## ATTORNEYS AT LAW

*Reply To:*                                                    *Long Island Office*
**42-40 Bell Blvd, Suite 302**                        **10 Bond St, Suite 389**
**Bayside, New York 11361**                    **Great Neck, New York 11021**
**Tel (516) 829-2299**                                    **Tel (516) 829-2299**
*jp@jpittell.com*                                               *jp@jpittell.com*

November 10, 2020

Hon. Edgardo Ramos
United States District Court                **MEMO ENDORSED**
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *US v. Matthew Rodriguez* 17 cr 405 (ER)
         [Violation of Supervised Release Report "VOSR")]

Dear Judge Ramos:

    I am counsel for Matthew Rodriguez.  Initially, I was appointed to represent Mr. Rodriguez, pursuant to the CJA Act, in the underlying criminal case.  Earlier this year, I resumed representation of him in matters regarding a possible early termination of his supervised release and the above referenced VOSR.

    I am informed by the CJA Office that my representation on these post-sentencing matters must be treated as a separate appointment.  Accordingly, I respectfully request, by so-ordered endorsement of this letter, I be reappointed as counsel for Mr. Rodriguez, *nunc pro tunc*, to January 10, 2020, which is the first date I began working on these matters.

                                  Respectfully submitted,
                                  /s/
                                  Jeffrey G. Pittell

cc:    Parties of record (ECF)

The application is __X__ granted
                            ____ denied

Edgardo Ramos, U.S.D.J
Dated: __11/16/2020__
New York, New York